JOHN HARRIS PAER       1551-0
41 B Kepola Place
Honolulu, Hawaii 96817
Telephone No.: (808) 595-7179
Facsimile No.: (808) 595-3918
email: paerj001@hawaii.rr.com

CHRISTIAN P. PORTER    3744-0
Porter Tom Quitiquit Chee & Watts, LLP
2125 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 526-3011
Facsimile No.: (808) 523-1171
email: cporter@btpqlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VICTORIA BORDIGNON,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AG, DEUTSCHE BANK NATIONAL TRUST COMPANY, CITIBANK, N.A. and APPROVED MORTGAGE, INC.,<br><br>    Defendants.<br>_____ | CIVIL NO. CV08-00572 SOM BMK<br><br>NOTICE OF DISMISSAL WITH PREJUDICE OF ANY AND ALL CLAIMS BETWEEN PLAINTIFF AND DEFENDANT APPROVED MORTGAGE, INC.<br><br><br>(No trial date set.) |

NOTICE OF DISMISSAL WITH PREJUDICE OF ANY AND ALL CLAIMS
BETWEEN PLAINTIFF AND DEFENDANT APPROVED MORTGAGE, INC.

Pursuant to LR41.1 of the District Court for the District of Hawaii, and Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, Plaintiff VICTORIA BORDIGNON ("Plaintiff"), by through her attorneys, PORTER TOM QUITIQUIT CHEE & WATTS, LLP and JOHN HARRIS PAER, states that: (1.) the Complaint for Damages and Injunctive Relief; Exhibits "A - C"; Summons filed on December 16, 2008; and (2.) the Plaintiff's First Amended Complaint for Damages and Injunctive Relief; Exhibits "A - C"; Summons filed June 9, 2009 in the above-entitled action be and are hereby dismissed with prejudice only as to Defendant APPROVED MORTGAGE, INC.

Plaintiff's claims against Defendant DEUTSCHE BANK AG, Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY and Defendant CITIBANK, N.A. shall remain and are not affected by this dismissal.

No motion for summary judgment or answer has been served by any adverse party.  No trial date has been set.

DATED: Honolulu, Hawaii, July 23, 2009.

    /s/ Christian P. Porter
CHRISTIAN P. PORTER
JOHN HARRIS PAER
Attorneys for Plaintiff
VICTORIA BORDIGNON

_____

*Victoria Bordignon vs. Deutsche Bank AG, et al.*; Civil No. CV08-00572 SOM BMK; NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF ANY AND ALL CLAIMS BETWEEN PLAINTIFF AND DEFENDANT APPROVED MORTGAGE, INC.