IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VICTORIA BORDIGNON, | ) | CV. NO. 08-00572 SOM-BMK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION THAT THIS |
| vs. | ) | ACTION BE DISMISSED |
| | ) | WITHOUT PREJUDICE |
| DEUTSCHE BANK AG, et al. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED
WITHOUT PREJUDICE

Plaintiff Victoria Bordignon ("Plaintiff") filed this action on December 16, 2008. (Doc. # 1.) On June 9, 2009, Plaintiff filed an amended complaint. (Doc. # 9.) Since then, Plaintiff has not filed an executed return of service or other proof that any Defendant was served with the amended complaint. Thus, this Court issued an Order to Show Cause on July 5, 2010, asking Plaintiff to show good cause, if any, why this case should not be dismissed for her failure serve within the time required and to prosecute this case. (Doc. # 37.)

The Court held a show cause hearing on August 3, 2010. At the hearing, Plaintiff stated that she does not oppose dismissal of the case without prejudice. Accordingly, the Court RECOMMENDS that the action be DISMISSED WITHOUT PREJUDICE. See Fed. R. Civ. P. ("If a defendant is not

served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service must be made within a specified time.").

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, August 5, 2010.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Bordignon v. Deutsche Bank, AG, et al., CV. NO. 08-00572 SOM-BMK; FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE.

2