AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| VICTORIA BORDIGNON | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 08-00572 SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST COMPANY; CITIBANK, NA; APPROVED MORTGAGE, INC. | August 23, 2010<br><br>At 3 o'clock and 43 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice pursuant to the "Findings and Recommendation That This Action Be Dismissed Without Prejudice" filed on August 5, 2010 and the "Order Adopting Magistrate Judge's Findings and Recommendation That This Action Be Dismissed Without Prejudice" filed on August 23, 2010.

| August 23, 2010 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |